Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Maryland

___Civil_____ Division

Deede Luann Copeland

Case No. 17-1566-PwlG

*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Emcor Services Combistioneer Corp.

Jury Trial: *(check one)* ☐ Yes ☑ No

PWG 17 CV 1566

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Deede Louann Copeland |
| Street Address | 4301 Midtown Square , Apt. #1023 |
| City and County | Camp Springs, USA |
| State and Zip Code | MD, 20746 |
| Telephone Number | 301-252-9538 |
| E-mail Address | ms.tiffany@icloud.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Vilma Dapkute |
| Job or Title *(if known)* | CFO |
| Street Address | 4420 Lottsford Vista Drive |
| City and County | Lanham, USA |
| State and Zip Code | MD, 20746 |
| Telephone Number | (301) 938-0462 |
| E-mail Address *(if known)* | Vdapkute@combustioneer.com |

Defendant No. 2

| | |
|---|---|
| Name | Kevin Jensen |
| Job or Title *(if known)* | Construction Manager |
| Street Address | 4420 Lottsford Vista Drive |
| City and County | Lanham, USA |
| State and Zip Code | MD, 20746 |
| Telephone Number | (517) 238-0215 |
| E-mail Address *(if known)* | Kjensen@combustioneer.com |

Defendant No. 3

| | |
|---|---|
| Name | Patrick Baldwin |
| Job or Title *(if known)* | Vice President, General Manager (Former) |
| Street Address | 4420 Lottsford Vista Drive |
| City and County | Lanham, USA |
| State and Zip Code | MD, 20746 |
| Telephone Number | (202) 437-9285 |
| E-mail Address *(if known)* | Pbaldwin@combustioneer.com |

Defendant No. 4

| | |
|---|---|
| Name | Yusuf Sharp |
| Job or Title *(if known)* | Human Resource Representative |
| Street Address | 4420 Lottsford Vista Drive |
| City and County | Lanham, USA |
| State and Zip Code | MD, 20746 |
| Telephone Number | (571) 403-8918 |
| E-mail Address *(if known)* | Ysharp@emcor.net |

**Defendants Continued:**

Defendant No. 5

| | |
|---|---|
| Name | Kristen Arnold |
| Job or Title *(if known)* | Vice President of Human Resource |
| Street Address | 2800 Crystal Drive Suite#600 |
| City and County | Arlington, Arlington County |
| State and Zip Code | VA, 22202 |
| Telephone Number | 571-388-8663, 571-403-8956 |
| E-mail Address *(if known)* | Karnold@emcor.net |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Emcor Services Combustioneer |
| Street Address | 4420 Lottsford Vista Drive, Unit #1 |
| City and County | Lanham, USA |
| State and Zip Code | MD,20746 |
| Telephone Number | (301) 252-9538 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Hostile Work Environment, Tort - Fraud

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☑    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Hostile Work Environment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

4/11/2016, 5/1/2016, 6/1/2016, 6/9/2016, 6/16/2016, 6/30/2016,7/11/2016, 7/29/16, 8/25/2016 cont'd

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race              African American

☐    color

☑    gender/sex        Female

☐    religion

☐    national origin

☑    age *(year of birth)*        1974        *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

Partial Complex Epilepsy

E.    The facts of my case are as follows.  Attach additional pages if needed.

III. Statement of claim   (cont'd)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

9/8/2016, 9/15/2016, 9/22/2016, 9/29/2016, 10/6/2016, 10/13/2016, 11/29/2016

12/16/2016, 1/4/2017, 2/10/2017, 5/8/2017

**E. The facts of my case are as follows:**

Prior to 6/9/2016 I endured discrimination multiple times on several levels:

| | |
|---|---|
| Education reimbursement | Wade Luffman, CFO, & Patrick Baldwin, Vice President refused |
| | Exhibit #_____ |
| Expense receivables | Towing,  Exhibit #_____ |
| Failure to promote | Generator Admin., Controller, Service Admin.,  Exhibit #_____ |
| Service recognition | Patrick Baldwin, revoked his word without notice,  Exhibit #_____ |
| Office option | Patrick Baldwin refused,  Exhibit #_____ |
| Quid Pro Quo | Encouraged by Dan Hayden for Donna Rizkhallah,  Exhibit #_____ |

**These are the initial events that forced me to file a charge.**

2016 events:

Leara Dory, I had the honor of working with her in 5/2014 until the arrival of the new CFO, Vilma Dapkute, 35 years old (approx.) 10/2014. Ms. Leara Dory was sent to our office due to the preceding CFO, Wade Luffman of (5 years approx.) and the Controller, Darlene McCrossan (23 years) my boss, left at the same time. My known by all goal was to be the next Controller like Darlene McCrossan. I thought they both were on vacation at that time. Odd but not my call. At that time myself, I had started training already for the April, 2014, I was called in the conference room by Wade Luffman, CFO and Daphne Jenkins, Head of billing. I was planning to phase out, move forward to learn another part of Accounting and continue to wait for the Controller Position. Wade Luffman had offered me $24.00 per hour and I was already training doing PM tickets. I figured I would do this for at least a month until my raise was initiated. Once Leara arrived she advised me that I could not leave the Accounting Dept. I was the Accounts Payables Specialist promoted to Sr. Disbursement Manager after 6 years. I handled

all financial payments for everything & vendor charges. I had a large scope of successful tasks and great rapport with all my colleagues &vendors. Despite the fact I was going to Billing this sudden shift was my opportunity to get my Controller position (65k min) that I have been training 6 years for. That I attended University of MD for two years. Emcor finally paid for my college education for 2 years. This lasted until my son had to attend college. My intentions is to pick back up when he has completed. I was ecstatic to work with Leara and I just knew, my need for knowledge and more mentally challenging things with was finally here. I was on cloud not even ten but eleven. Leara, stated "I don't know the day- to- day operations" in order to do the overall P/L reports & forecasting. There are some things that I don't want to do and being a CFO is the second one. They paid me handsomely through my overtime. Exhibit #_____ I learned a lot of new things. She engaged me in everything. She built a great bridge between me and the whistleblowers in the Corporate office and I was tied into everything. I had access to everything and most importantly I followed protocol. I was loving my job. The higher ups Anthony Sada, CFO of Corporate always sent refreshing emails of how well I was doing and their appreciation. Exhibit _____ So with this rapport we had built, I was in need of her guidance on this topic.

3/10, Action….. Sent email to Leara Dory, Vice President of Business Operations at Emcor Government Services (Corporate). The letter attached and addressed to Mike Rodgers (President) and Anthony Sada (Vice President, CFO). The letter stated my concern for the need of separate space once moved to the new location in Lanham. I was given an office when I was promoted (demoted) to the Construction Dept. Exhibit #_____I have always had a private space since working at Combustioneer (8/2005). Exhibit#_____I asked Leara if it was ok to disturb them with such a matter. In 2007, I was diagnosed with Partial Complex Epilepsy. Exhibit #_____I actually had seizures at work and the ambulance was called. Each instance was humiliating, which are documented by other employees and placed in my Employee file. Exhibit #____Unfortunately, they became worse and I had to go out on FLMA for a substantial time and participated in a three day night

study at Georgetown Hospital, Neurology. Exhibit#_____My life at that time was very limited. Costly prescription's, 10-12 pills per day, no driving, noliving by myself, cooking, bathing, steps gated it was a nightmare. I was advised by my doctor and given paper work to request Social Security benefits. My faith is in my God not humans and believing in something is very important. My seizures have been in remission since 2010. I am solely left with slight balancing issues, serious concentration the possibility if and when they may return. Issues which I follow up with my primary care physician about regularly. I spent a lot of time (years) making sure I got my job done correctly and leaving time (2hrs) to re-examine everything before I left due to my disability. On the clock or off.

Response: Leara advised me to just speak with Patrick Baldwin, Vice President of Combustioneer and my boss Kevin Jensen, Construction Manager. She must have felt like the gentlemen would know how to handle this request. I did speak with my boss and he advised me that Patrick Baldwin was the one handling those moves and he would speak with him.

4/11, Action....I arrived to the new office location in Lanham, MD to a cubical space 5' X 7'X 4' high it was in a very high traffic area. It was back by the bathrooms and between the warehouse and bathrooms. Exhibit #_____I had no space for all of the things needed for my job to even fit in this space and the Field Techs. There were empty offices available. Unlike other admins. I was completely separate from my boss. This is not accommodating my disability it actually made my job worse. I never got organized in that space like I was in Rockville, MD. I advised my boss of this more than once. Exhibit#_____My bosses had no intentions on setting me up for success.

My Boss Vilma Dapkute, CFO despised me due to my knowledge and years of experience. The next 18 pages she showed hostile and harassing behavior that effected my job and personal being.

5/1, Action ....I requested the balance of my raise to be instituted. I attached the original email dated from my boss when transferred Kevin Jensen, that stated the agreed to terms.  Exhibit#_____

Response..... I was advised by Kevin "at this time we are very busy with the move"

6/1, Action ....I requested the balance of raise to be instituted. I re-printed a copy of the email from my Boss, Kevin Jensen that stated terms agreed to. Exhibit #_____

6/9, Action ..... I was called into a meeting in which I thought would be another great yearly evaluation.

I was expecting to receive the balance of my raise at that time. I have maintain an exemplary record for the past 11 years. Instead I was placed on Performance Improvement Plan with a probation of 3 months that consisted of 12 mtgs. that I had to participate in. It was not the concept of improvement that bothered me it was the deliverance and hostility of this meeting. It completely violated EMCOR's Ethics training that we do on a yearly basis. The ignorance, unjust, it was very hostile and inappropriate. I experienced the following yelling, un-necessary physical antics, slapping desk, comparisons, demoted, Yusuf Sharp HR Representative kept getting in my personal breathing space 6 to 12 inches from my nose 2x's. Patrick Baldwin, Vice President of Combustioneer whom arrived 30 minutes later revoked his earlier agreement he made with me on 5/25 in reference to my accommodation for my disability. Verbatim he stated in a very loud way while exiting "At this time you get yourself back there and get that space organized, how can you ask me that?. That's is definitely off the table". They all started to leave one by one happily. I sat alone in the room and cried. I became completely desponded.

Exhibit #_____Performance Improvement Plan, (2 copies, clean legible copy for Judge and Original w/ notes)

1. **Employee Improvement Plan Period, 90 days**

   I was made to endure approx. 10 mtgs. due to my overseer's vacations. Exhibit #_____

2. **Area Requiring Improvements** Corporate's Manual,  Exhibit #_____

   **Purchase Order procedures,** Purchase Order numbers are initiated from the Field Techs. The Field Techs are the responsible party here. Once they arrive to the vendor of their choice to purchase supplies they I have to call in themselves and retrieve this number from me. I cannot give a number if

I am unaware. If they don't call in then I could not issue one. This is Kevin Jensen's, Construction Managers responsibility to advise them to call in. Exhibit #_____

**Creating a Job Number** The new Accounting Supervisor Shannon Mattis (Vilma's assistant) is the one who had the problem is in this area. She was responsible for the more costly jobs which were called Fixed priced jobs. This problem was due to lack of information from the Sales Representative. I created my T&M Job numbers very quickly. I had already advised my team directly what they needed to provide to me. Everybody was very swift in providing me with information necessary to do this task.

Over time I was even asked to create job numbers for fixed priced jobs due to Shannon being behind. Vilma was not happy with this but my boss Scott Sampsom is the one who ok'd this process for me and said the customer comes first.

**Pcard procedures**, In 2008 I am the one whom Wade Luffman initiated to execute this limited process to the Combustioneer team in 2008. I had coordinated with US Bank, maintained, processed, ordered, prepared the reconciliation for review, counseled, and canceled P-Cards for all departments successfully for years. Every aspect of this process I was highly experienced in. Vilma's primary issue was the timing that managers signed off on the Field Techs logs. A timely fashion is prior to the monthly close process and then turning them in to Anna Rivas for reconciliation. They also wanted them done on a weekly basis which the Field Techs did not turn them in on a weekly basis and before making this my problem on this date nothing by management was ever established or enforced for the guys to get the Pcards to me in a timely fashion. Yes I had my own process with my guys and it always worked well. 95% of my Pcards were always processed by the end of the month every month Vilma was always setting the bar higher than necessary for all of us and in doing so had huge repercussions. This is because she had no knowledge of what the other side consisted of and wanted everything rushed like we were machines. The signatures managers are not always available. They were are at jobsites, meetings or corporate so trying to get something signed is not always easy. Due to my years of service with this task it would seem easier to allow me to be the approver to a certain degree. So yes in the absence of my manager I would continue to process the Pcards. Anything that

was out of the ordinary or extremely high cost. I would place to the side for management's review. This is the way I have been handling Pcards since the beginning. My concept here is we need to get these revenue cost on the books. Once processed they get marked up 30% and billed out to customers. If they are not processed then bills are going out under billed and this is what effects the business bottom line, raises & bonuses. When we were properly functioning AP dept. with Darlene McCrossan, Controller, my boss & Wade Luffman, CFO they allotted me time the day after close to go through everything and make sure it was sign off properly for the auditors. Teamwork. This way every aspect was covered. Vilma was all of a sudden so obsessed with micro-managing me once in construction to the point if I did not do it to her keystroke it landed me to this. The whole time that I worked with Vilma when she

arrived (year and two months) I handled Pcards this way. She was always very happy. Now 7 months later out of the blue this became a issue.

I could not turn them in anyway because most of the time Anna Rivas was not in the office.

**Means of improvement:**

This was a completely new process that was introduced to me on that day.

The definition of a *Performance Improvement Plan: This is to improve processes that I have already been tasked with. To create processes that are more efficient with the already tasks at hand.* It is not to add new processes without perfecting the first set. This was a new task in which no one in the company was doing at that time or to date. Vilma or any of the people administering this PIP have not done this process or have ever had access to the Coins Citrix module to even see daily transactions.

None of them knows the process of working with many Field Techs at one time. This is a process which is done over the phone. This process would deter the Field Tech. It is not efficient and does not even make sense and they would never call in. This is an issue Kevin tried to attack in 12/15 but his lack thereof experience in the field with the techs was not yet established. Once acclimated I then in turn issued a similar memo and it was well received and honored. I also requested each department should get a Tool listing to on a monthly basis. This would help to monitor cost and who ordered what. This only happened once or twice.

Page #2.... of Performance Improvement Plan

3. **Purchase order numbers in numerical succession**, I could not believe they all agreed on this. This processes was already in motion before I even came to the AP Dept. (2008) It was for emergency calls, situations or when techs were on standby. It was something that has always been practiced and I don't remember a company memorandum going out to stop this process for everyone. This was the first time this was mentioned to me. In matter of fact, others in other departments were doing it to date. Exhibit #_____

**P-Card due date,** April the 7th I was advised to stay home as per my boss. Exhibit #_____

I Sametimed Anna on that day and asked if she wanted me to drop them off at the office. I was

willing to go. I had all current files with me at home. She nicely stated "No" she would get them upon return. Well once in the new Lanham location when I went to go turn them in she was gone on vacation until Monday, 4/18/16 the following week. Once she did return she still had large bins to unpack and an office to setup. Wed. or Thu. of that week I dropped them off but visibly she was still a little unorganized. So I assume by the time she got her office setup and back to actual work 4/25 or 4/26 would explain the events of 4/27/2016.

4. **Payroll Administration**, this was Kevin Jensen's, the Construction Manager's responsibility to find all mistakes but since he had no experience in anything in reference to the Construction Dept. (amongst everything else) he approved everything. This is not my responsibility. All of the following dates listed was approved by him. He never asked me to correct anything.
   Exhibit #_____ Scrambling, this is something that happens every day at Combustioneer to date but for me I can be terminated.

5. I was just learning T&M, so improvement in this area at that time I definitely needed. Six to eight months later I realized that billing in 10 days is not a good idea. This is a process which was initiated on 2/23/2016 in a Lunch and Learn meeting. At this time I was still training the new AP person & the Accountant. Going into March I was still training and now trying to preparing for the move and my normal assignments. I was still able to get the Purchase Orders printed out and signed I just did not have the time to scan them. So if needed by auditors they were all stacked up on my desk as I advised her.

6. This was very, very offensive to me and I think it was a personal preference that upper management allowed. All other employees were getting statements from their vendors. I even tried to meet her halfway and asked if AP could then just supply me with theirs. When I worked for her in AP they were due on the 15th. I was told no. She was ousting me out of all of my years of experience in AP. This transpired on several occasions. Exhibit #_____ She never wanted to hear when she was doing something wrong. I was never advised why when I asked "Why can't I get my own Statements like others?" I asked her Yusuf, Kevin or Kristen. No one could give me an answer. This is a needed tool to get my job done efficiently. I was told by Vilma "to just call each vendor and ask about each different purchase order number one at a time" since I was part of operations. This would take all

day not only that make me look dumb. The fact that Whistleblowers allowed this was appalling. I was more experienced than any of the PM's or Kevin Jensen when it came to office processes.

7.  This is true, just based on this PIP alone I don't think Vilma Dapkute, CFO had/ has my best interest at heart or any interest in setting me up for success. There is no way I can train with her when she does not know what she is doing herself.   Exhibit #_____

8.  I have been forced to get my training from a retired employee manager from Combustioneer whom I discussed via phone in the evenings. Vilma does not like me due to the fact I am black, more knowledgeable, years of service, age, people are drawn to me and I am a leader that is not in need of her assistance. I was not argumentative with Kevin. I voiced my concern and questioned how we were going to do this without upsetting the people who were actually doing the labor, Field Techs that is who this is going to effect in which he hunched his shoulders.

9.  **Reporting,** despite they did not answer any of my questions in this meeting in reference to this form and or acknowledge that Vilma and I did not get along even after advising them of repeated incidence's they still forced me to endure her ignorance and presence. Exhibit #_____ CONFIDENTIAL, Vilma violated this, on two occasions the Statement point was brought up in front of others. 1st, with Scott Sampson, 2nd WIP meeting that consisted of at least 7-10 people. In which a 20 year plus Veteran Dave Wade stated out loud 'that is stupid'. She immediately got quiet. My Project Managers are respectable gentlemen and without me even knowing have stepped up to the plate to defend me on several occasions.

10. **Signing of documents,** As I tried to make my notes of dis-agreeance. I was getting ready to list the areas in which I thought there was concern and I was stopped by Yusuf Sharp, HR Representative in the middle of me writing advising me very sternly that I could not do that as he was standing over me and he advised me that I had to specifically write the following or I could go go home and think about it and I stated ok I have more than enough vacation time. Then he stated unpaid. I stated no then you need to write "Going forward I will comply with all the above" if not you will be terminated. I signed the document. He then started to verbally bash me and stated "really you signed right there now where else is everybody else going to sign, you are so un-manageable".

**11.** This is the reason for a second page of page 4. See back notes written during meeting. END of PIP

6/9...After the end of the meeting I advised them that they would need to find someone else to help them with the Service Dept. They told me no that I must continue to help. In which I did and never got paid for accordingly. Accounting continuously inquired help from me. Exhibit #_____

6/16, Action ......I had to endure demeaning and pointless PIP meeting with Kevin Jensen, Construction Manager and Vilma Dapkute, CFO. Neither person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard process nor had access to the entire Pcard module for review. This fact will reveal itself at a later date. Despite the fact that Vilma did not want me to represent Accounting her team was consistently in need of my help and steadily reached out. Exhibit #__

6/30, Action ......Kevin called me on my cell phone about 3:40pm and asked me to come to his office. I could tell by his behavior earlier that day he was edgy. He kept micro-managing me all day. This made me very uncomfortable. He advised me at that time that Yusuf told him to fire me and he said "no". I went directly to Dr. Memunatu Bangura, M.D. and emotionally vented at that time I was advised I needed

to take some time off and that I was experiencing anxiety. My phycologist gave me a doctor's note for 30 days.

7/1, Action .....I sent my Dr's note to boss Kevin Jensen via email. I requested paper work for FLMA status. Exhibit #_

7/5, Action..... I wrote and sent a letter to Emcor Group, Inc., Corporate Headquarters, Attn. General Counsel and EEOC as stated in our employee handbook. Exhibit #_____

7/11, Action.....I contacted my boss, Kevin Jensen via text message and advised him that Corporate called me in reference to him signing off on my FLMA documents. Kevin responded back via text and advised me that I needed to meet him to return the building key and return my computer. This is not normal protocol. I was also advised that statements were being made in reference to me trying to manipulate Coins Citrix program. Kevin also told me that my cubicles were finally ordered and would be

arriving soon. Exhibit #_____   By this time upper management had all of their new and un-necessary furniture. We has ample furniture left over.  Exhibit #_____

7/19, Action .....I wrote a letter to General Counsel and sent via certified mail to our Corporate office in Norwalk, Ct again. I sent the same letter to EEOC via certified mail and reported the 7/11/2016 occurrence and asked if it was considered retaliation. Exhibit #_____

Response......EEOC called and they advised that they are moving up my Mediation to 8/31/16. Exhibit #_____

7/29, Action.....Contacted boss, Kevin Jensen and informed him of extended FLMA leave until 8/19/2016 and of the unpaid overtime hours.  Exhibit #____

Response: Kevin Jensen requested hours via email. I sent them and I never got them paid to date. 8/15, Action..... Sent reminder to my bosses of return to work on 8/18/16. Exhibit #____

8/19,.....Returned to work from FLMA. I was advised by my boss Kevin Jensen, Construction Manager that two new additional departments have been implemented Small Plumbing Projects & Data Centers/Large projects and I would be maintaining them. This made me feel great. I thought the Performance Improvement Plan was investigated and found **wrong** because I knew there was no way I should be given extra tasks. Exhibit #            My hours have changed and I had to report to work at 6:30am – 3:30pm which I did. Work queue flow (electronic invoicing system) process has changed. Questionable, concept did not seem correct mentally and it was not. Exhibit #_

8/22, Action.....I still had no assesses to office building, accounts, computer log in's, or programs. I contacted Yusuf Sharp, HR representative and Kevin Jensen, Construction Manager via email to find out if my Performance Improvement Plan meetings were still going to proceed. Vilma Dapkute, CFO responded and stated yes on 8/25/2016. Exhibit#_____

8/22, Action.....I then attempted to reach Kristen Arnold, Vice President of Human Resource Dept. via email to see if meetings can be postponed until after EEOC Mediation request. She never called me as she stated she would do. Exhibit #____

8/25, Action ......I had to endure demeaning PIP meeting with Kevin Jensen, Construction Manager and Vilma Dapkute, CFO. I was advised not to communicate with Field Techs in reference to retrieving Pcard information to complete my job properly. I was advised that Russel Mitchelltree would be dropping them off on a weekly basis. She kept trying to isolate me from my colleagues and success. Neither person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard processing or other office admin. processes. This fact will reveal itself at a later date.

8/30, Action.....I followed up with Vilma via email on Kevin's concept of this new WorkQueue process.

She responded "No" nothing had changed. Exhibit #_____

Example, Kevin had no idea of what he was doing or intentionally trying to push me into failure. Later that day, Kevin told me that she called him and was acting physco with a bunch of questions in reference to me. That her and Kristen Arnold had access to my emails and was reading them daily (obsessed). In passing in the hallways, she asked where I stood with Pcards. I advised her "some were posted and some were not". She displayed and attitude. I simply responded "does not look like anything got done while I was out". There was a lot outstanding.

Meaning it was as if the temp they hired did nothing while I was out. Kevin did not know how to navigate through the Coins program he had no idea. Vilma had no need to check either since it was not me. All his gathered paperwork was inaccurate or incomplete. Vilma then requested copies of all my work for review. On my way out I gave them directly to her.  Posted & unposted transactions.

8/31, Action.... I attended scheduled EEOC Mediation meeting in Baltimore, MD in which I was offered a settlement for $7,000.00 and advised I was not in "good standing" with the company. Samantha Watts, EEOC Counselor advised me when I return to work to request and investigation. Once requested that it was mandatory and I would be ok. Exhibit #_____

8/31, Action.....Anita Ryan, from Emcor Government Services, VA had advised me the day prior to handle my own cell phone purchasing & ordering accounts via phone. She was aware I handled these accounts years ago and it felt good to have someone from the outside not judge me. Short lived. Now, I started to feel ousting coming on. It was as if someone from that office had advised her of my

situation at Combustioneer.  Exhibit #_____

9/1, Action…. At about 9:00 am or 9:30ish Vilma comes to me and drops the stack of papers I left her on my desk. She states "what's this? This is not organized, can you please put this together and post them by noon" I just looked at her and did as I was told. Exhibit #_____

9/6, Action ……Vilma contacted me to a meeting with Yusuf Sharp, HR representative and Patrick Baldwin, Vice President of Combustioneer. They asked me questions in reference to the timing of the close process. Then we talked about accruing. We closed, with them advising me it makes sense. It was a simplicit meeting I thought. Exhibit #___

9/6, Action…… I requested access to simply add an email address and was advised no. I felt ousted again. I was in charge of all the financial accounts here now I can't even add an email address.

Exhibit #_____

9/7, Action….. While trying to finish cleaning up the rest of the outstanding Pcards from since I had left. I had several transactions that I needed Pcard logs for so I advised Patrick Baldwin. This was supposed to be a process that was already in motion by Russel Mitchel Tree as I was advised by Vilma in my PIP meeting on 8/25/2016. They never got turned in.

9/8, Action ……I had to endure demeaning PIP meeting with Kevin Jensen, Construction Manager, Vilma Dapkute, CFO, and additional party Yusuf Sharp, HR representative. Intentionally, encouraged by Vilma I was falsely written up a second time and threatened termination. The positive outcome of my 9/6 meeting was construed into something negative. My boss Kevin Jensen, Construction Manager condemned me and initiated that these meetings should be retro activated. None of the person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard processing or other office admin. processes. This fact will reveal itself at a later date. Exhibit #_____

9/8, Action……Kristen Arnold, Vice President of Human Resources met with me to hear my complaints in reference to the Performance Improvement Plan. She displayed annoyance, bothersome upon arrival. I spoke to her about every issue and showed her all the outstanding Pcards at that time. Then I began to inform her of the PIP I had just endured. The whole time she acted un-interested. She

then requested evidence to my complaint and to send it via email. I assumed an investigation was in motion. Exhibit#_____

Response...... On 9/12 I sent the documented evidence. I also advised her in a follow up letter in reference to the meeting. That "I have experienced this (discrimination) before when Pat Baldwin would not reimburse my educational expense." Others had to step in and help me resolve after a substantial amount of time had past. "These classes that Emcor paid for included Accounting in which included GAAP training."Exhibit #____

9/15, Action ......I had to endure demeaning PIP meeting with Kevin Jensen, Construction Manager and Vilma Dapkute, CFO. I was advised to change my title. Neither person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard processing or other office admin. processes. This fact will reveal itself at a later date

9/22, Action ......I had to endure demeaning PIP meeting with Kevin Jensen, Construction Manager and Vilma Dapkute, CFO. Neither person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard processing or other office admin. processes. This fact will reveal itself at a later date

*9/23, Action.....Kevin Jensen stated to me "so it's smart that you are holding out for more, yeah that's really smart".* I assumed the gossip finally drifted down to him in reference to my mediation.

9/29, Action ......I had to endure demeaning PIP meeting with Kevin Jensen, Construction Manager and Vilma Dapkute, CFO. Neither person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard processing or other office admin. processes.

*10/4,Action.....Kevin out of the blue said to me "So when are you going to leave so I can be prepared, I won't tell anybody. I just want to be ready". I responded: "I'm not leaving my job I was here first they can leave"*

10/6, Action ......Reported to Kristen Arnold, Vice President of Human Resources as requested. I was under the notion that it was to inform me of my results for the PIP investigation that I requested. *"you were unware of what GAAP was and that was the reason Justin Mancuso got the job".*

Instead I was told that the Performance Improvement Plan will be honored and I received an "Amicable Exit" offer amount of $35,000.00. This amount was based off as Ms. Arnold stated, *"seeing you ONLY make$46k....."* My case was never investigated. I declined the "Amicable Exit" offer. I was told I should take Monday off paid to think about it. She also stated on my exit *"Ms. Copeland in the future please make us aware of what's going on we can't read your mind".* It's been in my employee file since 2007. At this point I knew that my mandatory yearly ethics training served no point. Emcor was not going to uphold to their own guidelines. Kristen Arnold, Vice President of Human Resource was the highest person to go to at the immediate moment. I then started to prepare myself for the long haul.

*10/12,* Action....I went to speak with my boss Kevin Jensen in his office and he made/ask the following statements and questions: *"Why are you here?, I would have taken the $35,000.00, so what do you want? You can't stay here and get punitive damages it's never happened. They will let you goat some point.* I advised him he's not too smart when it comes to law. If I am let go I will request reinstatement and yawl need to drop the stagecoach mentality its 2017. *He advised me Mike Rodgers supports this and that's how they all think.* I responded "great I'm just concerned with how they treat me here at work and we can sit down with the Federal government and see what they think and go from there"

10/13, Action ......I had to endure demeaning PIP meeting with Kevin Jensen, Construction Manager and Vilma Dapkute, CFO. Neither person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard processing or other office admin. processes.

10/20, Action ......I had to endure demeaning PIP meeting with Kevin Jensen, Construction Manager and Vilma Dapkute, CFO. Neither person(s) of executive management was knowledgeable of corporate's proper protocol for Pcard processing or other office admin. processes. This fact will reveal itself at a later date

11/29, Action......I was contacted by Kevin Jensen via text message (abnormal) very early in AM. I arrived at work and was advised of more additional tasks that I needed to provide. Train Janet Whittaker (new temp), train Sylvia Tayman (new dispatcher) and clean up a resigned employee's (11/1) financial pcard transactions. I was advised by Kevin Jensen, Business Manager (promoted) to use

someone else's log in password until my access was granted. This is a violation of company policy listed in the Employee Handbook. My password was never granted and I continued to use someone else's. Upon log in I observed that there were transactions from 12/2015 that were still not processed to the excess of approx. $50-60K. I slowly emotionally broke down in front of Janet Whitaker. Kevin told me to go outside and get it out. This means that I was the only person in the building whom was maintaining their job and compared to this I was doing a great job. Everybody got promotions and raises except for me. So none of the supervisors noticed this. No other Department Managers, not the Director of Operations, not the Accounting Supervisor/Controller of 8 months and most important Vilma Dapkute, CFO. In order for this to happen for such a long time that means the reconciliations are not being balanced or reviewed to make sure they are not using them on improper things. This is a task that I maintained all by myself for the whole building when running the AP dept. In matter of fact, I was the person requested to execute this new feature to the entire Combustioneer team years ago. These transactions are our revenue in which we should be marking up and billing out. Is this why I can't get my raise? Next question why, did Vilma just point me out when others were failing so significantly. Vilma's angry disposition towards me was weird, blatant and continuous. Every day I had to fight with this young minded lady. Every single day over silly things. Exhibit #_____

It personally affected me, my so, my life, my money and my job. Since 12/2015 this has been the most angry year and six months of my life. It has completely killed my dream with EMCOR.

He came outside after that and told me that *"you need to continue sucking dick"*. I was furious, *"I have been sucking dick over and over, 10 years and I ain't doing it anymore. I'm goanna make you suck your own dam dicks."* Later that day he asked me to come to his office. He started the conversation off by stating *"yeah, so you went to college I heard."* Then he stated *"dam my wife makes 70k and she ain't never been to college in matter of fact she just got a PIP too and transferred and got a raise"* I did not understand the point of that statement outside of making me feel bad. Then he proceeded to asked me if I can clean up the accounts and maintain them how much more money would I need. I told him $67k. *He stated "ok, go clean/process them up and I will let them know but it most likely won't take place until Jan, March of 2017".* Then I was allowed to arrive at work

whenever I liked. Exhibit #_____

12/15, Action..... Scott Sampson had just been promoted and I received this sametime message from Vilma Dapkute, CFO. Exhibit #_____ Upon arrival I started the conversation by stating "I want the rest of my job description and that I was not being challenged". They were teaching my job to Shannon Matthis Vilma's new assistant. I did a quick but important task for her because Scott Sampson asked me too. I brought it to him first thing that morning. When Vilma arrived she basically threw in on the desk and complained. Stating" I don't need all this information" It was everything that she needed. Exhibit #_____ Then stated she needed it via email. Repetitive with her one statement over and over "so you will communicate with me". I advised her "Scott will advise you of my concerns" in which I looked her in her eyes.  I guess made her mad because she kept asking me the same question over and over at least 4xs. I could feel her piercing eyeballs on me from my peripheral vision I continued to look at Scott and nicely said your manager will advise you. She was crazy. It was as if she could not wait to show her authority in front of Scott.

Response.........I immediately phoned Kristen Arnold, Vice President, of Human Resource. I was very upset. She advised me she would come down for the company Christmas party and we can discuss the situation at that time.

12/19, Action..... Kristen Arnold, Vice President, of Human Resource came and initiated a very rude attitude & demur. I was expecting with all management mistakes revealing themselves at the end of the year and everything I tried to point out earlier in the year to prevent this that she was ready to offer me a apology but it was as if she was even madder. We discussed the following: my "Amicable Exit" offer, in which I asked if I could have as a settlement along with a $10k raise. Seeing I was right, helping cleaning up things and taking on more than normal. She advised me she could make the whole case go away for less that. I reminded her to please control Vilma's behavior, as per EEOC she is supposed to stay away from me and she does not. She specifically calls me in meetings to argue with me in front of others. My reimbursement's, son's college fees, changing me to salary status, difference in hourly & salary, future career moves/sales, rest of my job tasks, my goal of $80k, in which I was informed "Oh Emcor does not have jobs for woman that pay that much." (This was a blatant lie!) EEOC's slow timing

and telling me my case would take forever. She advised me that this year she received something from 2011 that's how slow they were. This just motivated me more. On every point if not dismissive then she was trying to be intimidating it was disgusting at her age and being a mother.  Exhibit #_____

12/30, Action, ........Vilma pushing buttons, Kevin then gets hostile which rolled over to me. Now we got out of control and tempers flared up in front of other employees (Melissa Steward, temp). Invoicing vs Billing is what the hostility was over and the end of year close. The company that I worked so hard for all these years with this new management is going under and since they are all friends and family members. None of upper management Patrick Baldwin (No Degree), Kevin Jensen (No Degree) and Vilma Dapkute worked alone and lacks people skills or diversity. They have no experience, skill set or class to handle this company. Since Patrick Baldwin arrived this company has failed immensely every year that he has been here and this is solely because of him. He is loud, rude, a liar and ignorant. Since he has come to Combustioneer we have had immense turn over approx. 50-80 people and business has dropped drastically. Word on the street just because of his name alone companies don't want to deal with us.

2017:

1/4, Action.... Returned to work and advised Scott Sampson, Construction Manager that I'll be working from home in the future. I will be in for meetings only due to upper management not being able to honor their word. Nothing discussed with Kristen Arnold got initiated as she stated.
Exhibit #_____

1/6, Action..... Kristen Arnold came and apologized and that she was initiating my raise and I should be getting my offer letter soon. at the same time she stated that she would be touching base with Vilma and getting the previous job description of my current job and reorganizing my job as I requested and she would come down on 1/31 salary adjustment and new job description.

Exhibit #_____

1/31, Action...... Salary/job tasks adjustment meeting never happened as Ms. Arnold stated.
2/14, Action..... Applied for Construction Coordinator position had interview with Ms. Arnold. Exhibit #_____

Response………They hired Joseph Morgan instead of me. Vilma walked him over and introduced him (subtle) Exhibit #_____

3/23, Action…. WIP mtg. Vilma very hostile, argumentative (statements) with me and others.

Response……Other veterans of the company jumped in and agreed with me

4/20, Action…..WIP mtg. Vilma poking the bear by trying to creating a tense environment (PO) again with me in front of others.

Response……….She had to apologize

5/8, Action……FLSA Status, I was sent an email from an admin. in the corporate HR dept. on 5/8 stating my status was filed wrong by them. In which I advised I had an offer letter. I was also advised that they were going to re-create old timesheets and I am to sign off on them. The new Office Manager as well stated she was going to re-create old timesheets and for me to just sign. Then finally Ms. Arnold, Vice President of HR advised me to do the same process. I advised them I was not doing that. Not only that I needed to start doing timesheets again. I was advised they are not honoring there Offer Letter in which I received 2x's after I recognized mistakes and requested it be updated.  Exhibit #_____

At this point I'm done, I am now ready to leave. I was holding on to hope…………….

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached pages

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

6/13/2016

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*     04/06/2017     .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**RELIEF**

At this time I am currently employed and solely interested in leaving amicably.

| | |
|---|---|
| Doctor's fees | $500.00 |
| Lawyer's fees | $950.00 + |
| Raise | $2,000.00 from 5/1/2016 to 11/1/2016 |
| 3 Weeks back pay | $3000.00 |
| 3 Weeks' vacation paid out | $3,000.00 paid out |
| Lost Wages | $75,000.00 |

Equifax - Student Loans…………………………..University of MD/I want to return. $2,500.00

Xzavier T Copeland's College ……… Outstanding and current College tuition debts. $7,000.00

Forward Wages and Benefits…………………….. @ 80k per year x 18 years $1.4 and benefits

Retirement re-imbursement……………. Current and past loans against retirement $13,000.00

Interest Fees…………………………………Where applicable

**Punitive Damages for:**

> Hostile Work Environment

~Quid pro quo

~PIP/Threatened termination, repulsive

~CFO, verbally attacking job tasks in front of colleagues

➢ (4 count) Failure to promote due to race

~Jean Moyer, White, 6/2014, Nepotism, Company Policy, 5 years of service, billing

~Justin Mancuso, White, 8/14, 4 years of service, Billing

~Tara Salem, White, 9/15, No years of service, Dispatcher

~Melanie Kilgore, White, 10/15, No years of service, Dispatcher

➢ (1 count/act) Failure to accommodate due to disability, race and age.

➢ (13 counts/acts) Retaliation charges

➢ Caucasian's promotions quicker and higher positions than African American's at Combustioneer.

$105,000.00….. Back-owed and reimbursements

$1,400,000.00…… Forward pay 18 years to retirement age

Punitive damages so see suitable as per Judge.

**Total relief requested $1,504.950.00

See Attached Document

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/7/2017

Signature of Plaintiff

Printed Name of Plaintiff    Deede L. Copeland

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address